1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. GOLDMAN, SBN. 134088
2    E-Mail: Amy.Goldman@lewisbrisbois.com
MARIA L. GARCIA, SBN. 276135
3    E-Mail: Maria.L.Garcia@lewisbrisbois.com
633 West 5th Street, Suite 4000
4  Los Angeles, CA 90071
Telephone:  213.250.1800
5  Facsimile:   213.250.7900

6  Attorneys for Debtor and Debtor-in-Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES DIVISION

11  In re                                    | Case No. 2:21-bk-11234-ER

12  URBAN COMMONS GRAMERCY, LLC,             | Chapter 11

13                                           | **NOTICE OF OCCURRENCE OF THE
                Debtor and                   | EFFECTIVE DATE FOR THE CHAPTER
14              Debtor-in-Possession.        | 11 PLAN OF LIQUIDATION AND
                                             | DEADLINES**
15

16

17

18

19

20  **TO ALL CREDITORS, INTEREST HOLDERS AND OTHER PARTIES-IN-INTEREST:**

21        **PLEASE TAKE NOTICE** that the Effective Date[1] of the Chapter 11 Plan of Liquidation

22  [Docket No. 136; filed on July 5, 2022] (the "Plan") of the Debtor and Debtor-in-Possession

23  Urban Commons Gramercy, LLC (the "Debtor") is **November 11, 2022**.

24        **PLEASE TAKE FURTHER NOTICE** that all requests for payment of an Administrative

25  Claim against the Debtor that accrued from February 16, 2021 (the "Petition Date") through

26  _____

27  [1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the
Plan.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4856-6916-2558.1

1  November 10, 2022 (other than the Professional Fee Claims) and that have not otherwise been

2  paid by the Debtor or specifically treated under the Plan must be filed with the Bankruptcy Court

3  no later than thirty (30) days after the Effective Date (the "Administrative Claims Bar Date") or

4  shall be forever barred.  If you hold such a claim, then on or before **December 12, 2022**, a request

5  for payment must be filed with the Bankruptcy Court and served by mail on the Liquidating

6  Trustee at Attn: Carolyn A. Dye, Liquidating Trustee, 15030 Ventura Boulevard, Suite 527,

7  Sherman Oaks, CA  91403. All objections to allowance of Administrative Claims other than

8  Professional Fee Claims must be filed by parties-in-interest no later than ninety (90) days after the

9  Administrative Claims Bar Date (the "Administrative Claims Objection Deadline").

10         **PLEASE TAKE FURTHER NOTICE** that a Professional Fee Claim for services

11  rendered to the Debtor prior to the Effective Date will be paid only if: (a) on or before **December**

12  **26, 2022**, forty-five (45) days after the Effective Date, (or such further date if extended by order of

13  the Court), the Professional holding the Professional Fee Claim files with the Court an application

14  requesting allowance and payment of the Professional Fee Claim on a final basis; and (b) the

15  Professional Fee Claim is allowed by an order of the Bankruptcy Court.  Any party-in-interest

16  may file an objection to such an application within the time provided by the Local Bankruptcy

17  Rules or within any other period that the Bankruptcy Court sets.  Professionals holding

18  Professional Fee Claims who do not timely file and serve their applications for payment will be

19  forever barred from asserting these Claims.

20         **PLEASE TAKE FURTHER NOTICE** that, although the Debtor is unaware of any

21  executory contracts or unexpired leases, out of an abundance of caution and to the extent any exist,

22  effective as of the Effective Date, the Debtor rejected any executory contracts and unexpired

23  leases of the Debtor.  Any Claim arising out of the rejection of an executory contract or unexpired

24  lease shall be forever barred and shall not be enforceable against the Debtor or entitled to a

25  Distribution under the Plan unless a Proof of Claim for such Rejection Claim is filed and served

26  on the Debtor and the Liquidating Trustee within thirty (30) days after the later of (i) the entry of

27  the order of the Bankruptcy Court approving the rejection of the executory contract or unexpired

28  lease or (ii) the Effective Date.  The Debtor is not aware of any such Rejection Claims but gives

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4856-6916-2558.1                                    2

1 | notice out of an abundance of caution.

2

3 | DATED: November __14__, 2022          By: _____

4 |                                            Carolyn A. Dye, Liquidating Trustee

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
633 W. 5th Street, Suite 4000, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE FOR THE CHAPTER 11 PLAN OF LIQUIDATION AND DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 14, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 14, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 14, 2022 | Nancy Jasso | /s/ Nancy Jasso |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4874-0275-9742.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

### ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Robert D Bass on behalf of Attorney Robert D. Bass
bob.bass47@icloud.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

James R Felton on behalf of Attorney G&B LAW LLP
jfelton@gblawllp.com, pstruntz@gblawllp.com;msingleman@gblawllp.com

Maria L Garcia on behalf of Debtor Urban Commons Gramercy, LLC
Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com

Philip A Gasteier on behalf of Creditor 77 West LLC
pag@lnbyg.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF
pag@lnbyg.com

Amy L Goldman on behalf of Interested Party Courtesy NEF
Amy.Goldman@lewisbrisbois.com

Leonard Pena on behalf of Interested Party Carolyn A. Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

James E Till on behalf of Interested Party Courtesy NEF
james.till@limnexus.com, martha.araki@limnexus.com;myrtle.john@limnexus.com;david.nealy@limnexus.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

2. **SERVED BY UNITED STATES MAIL**:

### DEBTOR:

Urban Commons Gramercy, LLC
10250 Constellation Boulevard, Suite 1750
Los Angeles, CA  90067

---

4874-0275-9742.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**LIQUIDATING TRUSTEE UNDER CONFIRMED
CHAPTER 11 PLAN OF LIQUIDATION OF
URBAN COMMONS GRAMERCY, LLC**
Carolyn A. Dye
Law Office of Carolyn A. Dye
15030 Ventura Boulevard, Suite 527
Sherman Oaks, CA  91403

**UNITED STATES TRUSTEE**
Attn. Hatty K Yip
Office of the UST/DOJ
915 Wilshire Blvd., Suite 1850
Los Angeles, CA  90017

**THE HONORABLE ERNEST M. ROBLES**
Los Angeles Division
United States Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1560
Los Angeles, CA  90012

**CREDITORS/PARTIES IN INTEREST**

| | |
|---|---|
| 77 West, LLC<br>Attn:  Kiwhan Pak & Sam Park<br>957 5th Avenue<br>Los Angeles, CA  90019 | Datasite LLC<br>The Baker Center<br>733 South Marquette Avenue, Suite 600<br>Minneapolis, MN  55402 |
| David MacLeod & Nancy MacLeod as<br>Trustees of MacLeod Family Trust<br>316 Olive Avenue, #343<br>Huntington Beach, CA  92648 | Macleod Family Trust<br>Attn:  Robert D. Bass,<br>Attorney at Law<br>832 Ike Mooney Road NE<br>Silverton, Oregon  97381 |
| Macleod Family Trust<br>Attn. Robert D. Bass, Esq.<br>638 Lindero Canyon Road, Suite 538<br>Oak Park, CA  91377 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 |
| Jung Park<br>3785 Wilshire Boulevard, Unit 703<br>Los Angeles, CA  90010 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101 |
| Los Angeles County Treasurer<br> and Tax Collector<br>Attn:  Bankruptcy Unit/Oscar Estrada<br>P.O. Box 54110<br>Los Angeles, CA  90054-0110 | |

4874-0275-9742.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| IRWIN PARTNERS ARCHITECTS<br>c/o Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP<br>Don Fisher<br>Neelamba J. Molnar<br>1900 Main Street, Suite 700<br>Irvine, CA  92614 | Irwin Partners Architect<br>Attn. Claudia Hill, Office Manager<br>245 Fischer Ave., Ste. B2<br>Costa Mesa, CA  92626 |
| Pacific Laurel Virgil, LP<br>Frank Yuen, Esq.<br>c/o Yuen & Yuen<br>One Post Street, Suite 2100<br>San Francisco, CA  94104 | Pacific Laurel Virgil, LP<br>One Post Street, Suite 800<br>San Francisco, CA  94104 |
| Pacific Laurel Virgil<br>c/o Frank Yuen, Esq.<br>One Post Street, Suite 800<br>San Francisco, CA  94104 | Pacific Laurel Virgil<br>c/o Frank Yuen<br>One Post Street, Suite 800<br>San Francisco, CA  91404 |
| Pacific Laurel Virgil, LLC<br>Attn. Robert D. Bass, Esq.<br>638 Lindero Canyon Road, Suite 538<br>Oak Park, CA  91377 | Pacific Laurel Virgil, LLC<br>Attn. Robert D. Bass<br>Attorney at Law<br>832 Ike Mooney Road NE<br>Silverton, Oregon  97381 |
| Pacific Laurel Virgil, LP<br>1290 25th Ave., Suite 103<br>San Francisco, CA  94122 | Peak Foreclosure Services, Inc.<br>5900 Canoga Avenue, Suite 220<br>Woodland Hills, CA  91367 |
| Peak Foreclosure Services, Inc.<br>P.O. Box 23159<br>San Diego, CA  92193 | LEA Accountancy, LLP<br>1130 S. Flower Street, Suite 312<br>Los Angeles, CA  90015 |
| Urban Realty & Management, Inc.<br>c/o LimNexus, LLP<br>Attn: James Till and Jed Donaldson<br>707 Wilshire Boulevard, 46th Floor<br>Los Angeles, CA  90017 | James R Felton<br>Yi Sun Kim<br>G&B Law, LLP<br>16000 Ventura Boulevard, Suite 1000<br>Encino, CA  91436 |
| Slash Real Estate<br>Attn. Amy Lee<br>3440 Wilshire Blvd., #510<br>Los Angeles, CA  90010 | Robert D. Bass<br>638 Lindero Canyon Road, Suite 538<br>Oak Park, CA  91377-5457 |
| Zurich American Insurance Company<br>Attn. RMS<br>Wendy Messner, Agent<br>P.O. Box 19253<br>Minneapolis, MN 55419 | Zurich American Insurance Company<br>P.O. Box 68549<br>Schaumburg, IL  60196 |

4874-0275-9742.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Zurich American Insurance Company<br>P.O. Box 68549<br>Schaumburg, IL  60168-0549 | The E & L Yu 2006 Family Trust<br>Attn. Lucy Yu<br>2216 Turnbull Canyon Rd.<br>Hacienda Heights, CA  91745 |
| The E & L Yu 2006 Family Trust<br>2216 Turnball Canyon Road<br>Hacienda Heights, CA  91745 | Pai Hung<br>18999 Railroad Street<br>Industry, CA  91748 |
| PDQ Investments, LLC<br>27372 Aliso Creek Road, Suite 230<br>Aliso Viejo, CA  92656 | Three Arch Capital Management, LLC<br>1590 S. Coast Highway, #16<br>Laguna Beach, CA  92651 |
| Pai Feng Hung<br>18999 Railroad Street<br>City of Industry, CA  91748 | Wan-Hwa Chao<br>1067 Newhall Terrace<br>Brea, CA  92821 |
| Gary Chang<br>18628 Nottingham Lane<br>Rowland Heights, CA  91748 | Fe May Chang<br>29 Silverwood Lane<br>Pomona, CA  91766 |
| Wen-Hui Lin<br>9074 Emperor Avenue<br>San Gabriel, CA  91775 | Ming Chin Chen<br>19805 Trail Place<br>Walnut, CA  91789 |
| Vivian M. Wang<br>2346 Sandstone Cliffs Drive<br>Henderson, NV  89044 | Move Good, LLC<br>2707 E. Valley Boulevard, #206<br>West Covina, CA  91792 |
| Ming Chin Chen<br>19805 Hidden Trail Pl<br>Walnut, CA  91789 | General Fiber Corp<br>76 Canopy<br>Irvine, CA  92603 |
| James C. Li<br>11873 Aspen View Drive<br>San Diego, CA  92128 | Frances Kan<br>915 Cloverview Drive<br>Glendora, CA  91741 |
| Eddy C. Niu & Joanna S. / The Eddy C. Niu & Joanna C.H. Shih 2000 Revocable Trust<br>2818 Oak Knoll Drive<br>Diamond Bar, CA  91765 | KuoPin Tseng & Jui Yi / KuoPin Tseng and Jui Ying Tseng Revocable Living Trust<br>3126 S. Ridge Point Drive<br>Diamond Bar, CA  91765 |

4874-0275-9742.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| General Fiber Corp<br>76 Canopy<br>Irvina, CA  92603 | KuoPin Tseng & Jui Yi / KuoPin Tseng and Jui Ying Tseng Revocable Living Trust<br>126 S. Ridge Point Drive<br>Diamond, CA  91765 |
| KuoPin Tseng & Jui Yi / KuoPin Tseng & Jui Ying Tseng Revocable Living Trust<br>3126 Ridge Point Drive<br>Diamond Bar, CA  91765 | Shih-Yao Sun<br>5819 Vargas Court<br>San Jose, CA  95120 |
| KuoPin Tseng & Jui Yi / KuoPin Tseng and Jui Ying Tseng Revocable Living Trust<br>126 S. Ridge Point Drive<br>Diamond Bar, CA  91765 | Cindy Mei-Fuei Yang<br>18975 Bramail Lane<br>Rowland Heights, CA  91748 |
| Shih-Yao Sun<br>6344 Ferris Square<br>San Diego, CA  92121 | Cindy Mei-Fuei Yang<br>18975 Bramall Lane<br>Rowland Heights, CA  91748 |
| Yu-Sang Hsiao<br>2840 S. Diamond Bar Boulevard, #57<br>Diamond Bar, CA  91765 | Fortune Forever Management<br>1313 N. Grand Avenue, #299<br>Walnut, CA  91789 |
| Cindy Mei-Fuei Yang<br>18975 Bramhall Ln<br>Rowland Heights, CA  91748 | Urban Commons, LLC<br>10250 Constellation Blvd., Suite 1750<br>Los Angeles, CA  90067 |
| Yu-Ching Chen<br>12435 Celebration Drive<br>Eastvale, CA  91752 | |
| JY & SP Investment, Inc.<br>11873 Aspen View Drive<br>San Diego, CA  92128 | |
| Chapter 7 Trustee of Urban Commons, LLC<br>Attn. Leonard Pena<br>Pena & Soma, Apc<br>402 South Marengo Ave., Suite B<br>Pasadena, CA 91101 | |

4874-0275-9742.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**