CAROLYN A. DYE (BAR NO. 97527)
15030 Ventura Blvd.
Suite 527
Los Angeles, CA 90010
Telephone: (818)287-7003
Facsimile: (323)987-5763

Liquidating Trustee for
Urban Commons Gramercy, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>URBAN COMMONS GRAMERCY, LLC<br><br>              Debtor. | Case No. 2:21-bk-11234-ER<br>[Chapter 11]<br><br>MOTION FOR ENTRY OF ORDER OF FINAL DECREE PURSUANT TO 11 U.S.C. SECTIONS 350(A) AND 3022 AND FED BANK. R. 3022; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CAROLYN A. DYE IN SUPPORT THEREOF<br><br>[No Hearing Unless Requested; Local Bankruptcy Rule 9013-1(o)(1)] |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, CREDITORS AND OTHER PARTIES IN INTEREST:

    Carolyn A. Dye, in her capacity as Liquidating Trustee for Debtor and Debtor-in-Possession Urban Commons Gramercy, LLC ("Gramercy") hereby moves for the Entry of a Final Decree closing the case based on it substantial consummation of its Chapter 11 Plan of Liquidation ("Plan").

///
///

**SUMMARY OF REQUESTED RELIEF**

Gramercy's Plan of Reorganization was approved by Order entered on October 17, 2022 and was effective 15 days thereafter. By this Motion, Trustee hereby advises the Court that the Plan has been substantially consummated and the case is ready for a final decree. Notice is now being given to all parties in interest of this request for a Final Decree.

All allowed claims have been paid. The fees due to the Office of the U.S. Trustee for the first quarter of 2023 have been paid, and the last fee due to the Franchise Tax board for the short year of 2023 ($800, paid so the entity can be formally dissolved) has been paid. Post-confirmation fees due to professionals have been invoiced, approved by the Trustee as provided in the Plan, and have been paid. The remaining funds have been distributed to equity holders in accordance with their respective pro rata percentages of ownership. Thus, once those last issued checks clear, there will be no funds remaining in the estate and no further action is required to be taken by the Liquidating Trustee to effect the terms of the Plan. A true and correct copy of the distributions made is attached hereto as Exhibit A.

**MEMORANDUM OF POINTS AND AUTHORITIES**

11 USC Section 3022 provides:

"After an estate is fully administered in a Chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

///

11 U.S.C. Section 350(a) provides:

"After an estate is fully administered and the court has discharged the trustee, the court shall close the case."

In this instance, as evidenced by the Declaration filed by Trustee, Carolyn A. Dye, filed herewith, and the true and correct copy of the disbursements made, which is attached as Exhibit A, it is apparent that the case is fully administered. All the estate's creditors have been paid and there are no pending adversary cases. The reports required by the Office of the U.S. Trustee have been filed and the quarterly fees have been paid.

Notice of this Motion has been given to all parties in interest, which under LBR 3022-1(a), is to include all parties upon whom the plan was served. LBR 3022-1(a) further provides that this Motion may be brought under the procedures permitted by LBR 9013-1(d) or (o). Liquidating Trustee, on behalf of Gramercy, has complied with all these requirements.

**CONCLUSION**

For all the reasons set forth herein, Liquidating Trustee requests the Court grant this Motion and issue a Final Decree closing this case.

LAW OFFICE OF CAROLYN A. DYE

Dated: April 5, 2023    _____
Carolyn A. Dye, Liquidating Trustee

**DECLARATION OF CAROLYN A. DYE**

I, Carolyn A. Dye, declare:

1. I am Carolyn A. Dye, an attorney licensed to practice in the state of California and admitted to this Court. I am the Liquidating Trustee appointed to administer the post-confirmation liquidation of Urban Commons Gramercy, LLC ("Gramercy"). If called upon as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the list of distributions made pursuant to the Plan. By this Declaration, I attest to the fact all allowed and undisputed claims in this case have been paid or otherwise satisfied. There are no adversary or other proceedings pending. All reports required by the U.S. Trustee's Office have been filed and after payment of the fees due for the first quarter of 2023, which has been made, no additional quarterly fees are due. The minimum fee due to the Franchise tax Board has been paid. All post-confirmation professional fees have been paid, including amounts due to the Liquidating Trustee. (No objections were filed to the fees requested in the Professional Fee Statement filed on March 14, 2023.)

3. This case is now ready for entry of a final decree and I request the Court do so. I have attached as Exhibit B, a proposed

///
///
///
///
///

-7-

form of an order of final decree for the Court's consideration.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 5th day of April, 2023 at Van Nuys, California.

_____
Carolyn A. Dye

**EXHIBIT A**

**URBAN COMMONS GRAMERCY, LLC**
**CASE NO. 2:21-bk-11234-ER**

| DATE | NAME | AMOUNT |
|---|---|---:|
| Acct 1567 | | |
| 03/07/23 | URBAN REALTY & MANAGEMENT INC. | $ 20,000.00 |
| Acct 1575 | | |
| 12/09/22 | IRWIN PARTNERS ARCHITECT | $ 50,000.00 |
| 12/09/22 | G & B LAW | $ 24,266.29 |
| 12/09/22 | CAROLYN A. DYE ATF URBAN COMMONS, LLC | $ 26,078.50 |
| 12/09/22 | CAROLYN A. DYE | $ 576.31 |
| 01/03/23 | LEWIS BRISBOIS BISGAARD & SMITH LLP | $ 92,145.50 |
| 01/03/23 | LEWIS BRISBOIS BISGAARD & SMITH LLP | $ 61.85 |
| 01/03/23 | LEA ACCOUNTANCY, LLP | $ 19,430.00 |
| 01/03/23 | LEA ACCOUNTANCY, LLP | $ 489.14 |
| 01/18/23 | PACIFIC LAUREL VIRGIL LP | $ 601,243.00 |
| 01/18/23 | THE MACLEOD FAMILY TRUST | $ 40,000.00 |
| 01/18/23 | FRANCHISE TAX BOARD | $ 3,755.24 |
| 01/20/23 | U.S. TRUSTEE | $ 20,865.00 |
| 02/16/23 | LEA ACCOUNTANCY, LLP | $ 9,036.15 |
| 02/23/23 | FRANCHISE TAX BOARD | $ 800.00 |
| 03/28/23 | CAROLYN A. DYE | $ 22,543.50 |
| 03/28/23 | CAROLYN A. DYE | $ 195.53 |
| 03/28/23 | U.S. TRUSTEE | $ 5,128.00 |
| 03/28/23 | U.S. TRUSTEE | $ 3,815.92 |
| 03/28/23 | FRANCHISE TAX BOARD | $ 800.00 |
| 03/31/23 | WAN HWA CHAO | $ 2,698.11 |
| 03/31/23 | VIVIAN M. WANG | $ 1,798.75 |
| 03/31/23 | FRANCES KAN | $ 3,597.47 |
| 03/31/23 | MING CHIN CHEN | $ 2,023.59 |
| 03/31/23 | YU-CHING CHEN | $ 1,236.64 |
| 03/31/23 | GARY CHANG | $ 5,058.94 |
| 03/31/23 | GENERAL FIBER CORP | $ 3,594.47 |
| 03/31/23 | FE MAY CHANG | $ 1,236.64 |
| 03/31/23 | EDDY C. NIU & JOANNA S. | $ 5,396.20 |
| 03/31/23 | MOVE GOOD, LLC | $ 2,023.59 |
| 03/31/23 | YU SANG HSIAO | $ 2,023.59 |
| 03/31/23 | PAI HUNG | $ 4,047.16 |
| 03/31/23 | CINDY MEIFUEI YANG | $ 2,023.59 |
| 03/31/23 | E & L YU FAMILY TRUST | $ 2,023.59 |
| 03/31/23 | WEN HUI LIN | $ 1,798.75 |
| 03/31/23 | FORTUNE FOREVER MANAGEMENT | $ 7,307.35 |
| 03/31/23 | SHIH YAO SUN | $ 2,023.59 |
| 03/31/23 | JAMES C. LI | $ 1,011.80 |

| | | | |
|---|---|---|---:|
| 03/31/23 | JY & SP INVESTMENTS, INC. | $ | 8,094.29 |
| 03/31/23 | KUO PIN TSENG & JUI YI | $ | 2,023.59 |
| 03/31/23 | PDQ INVESTMENTS | $ | 5,058.94 |
| 03/31/23 | THREE ARCH CAPITAL MANAGEMENT | $ | 2,473.27 |
| 03/31/23 | URBAN COMMONS, LLC | $ | 43,619.13 |

** $400.00 BANK FEES WERE DEDUCTED EVERY MONTH FROM THE BANK ACCOUNT

Case 2:21-bk-11234-ER    Doc 220    Filed 04/05/23    Entered 04/05/23 13:40:48    Desc
Main Document    Page 8 of 11

**EXHIBIT B**

CAROLYN A. DYE (SBN 97527)
15030 Ventura Blvd. Ste. 527
Sherman Oaks, CA 91403
818/287-7003 – Telephone
323/987-5763 – Facsimile
Email: trustee@cadye.com

Liquidating Trustee for
Urban Commons Gramercy, LLC

**PROPOSED ORDER**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>URBAN COMMONS GRAMERCY, LLC<br><br>Debtor. | Case No. 2:21-bk-11234-ER<br>[Chapter 11]<br><br>ORDER OF FINAL DECREE CLOSING CASE<br><br>[No Hearing Required] |

The Chapter 11 Liquidating Trustee having filed a Motion Seeking Entry of Order of Final Decree ("the Motion) (Docket No. ___), pursuant to 11 U.S.C. Sections 350 and 3022 and Bankruptcy Rule 3022, closing this case, and the Court having proper jurisdiction, proper notice having been given, and no objections having been filed,

IT IS HEREBY ORDERED:

1. The Motion is approved;

2. The Chapter 11 Liquidating Trustee is hereby discharged; and

3. The Chapter 11 case of Urban Commons Gramercy, LLC is hereby closed.

###

-1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15030 Ventura Boulevard, Suite 527, Sherman Oaks, California 91403.

A true and correct copy of the foregoing document entitled Motion for Entry of Order of Final Decree Pursuant to 11 U.s.c. Sections 350(a) and 3022 and Fed Bank. R. 3022; Memorandum of Points and Authorities; Declaration of Carolyn A. Dye in Support Thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 5, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name | Email |
|---|---|
| Robert D Bass | bob.bass47@icloud.com |
| Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| Carolyn A Dye | trustee@cadye.com |
| Oscar Estrada | oestrada@ttc.lacounty.gov |
| James R Felton | jfelton@gblawllp.com, pstruntz@gblawllp.com; msingleman@gblawllp.com |
| Maria L Garcia | Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com |
| Philip A Gasteier | pag@lnbyg.com |
| Amy L Goldman | Amy.Goldman@lewisbrisbois.com |
| Leonard Pena | lpena@penalaw.com, penasomaecf@gmail.com; penalr72746@notify.bestcase.com |
| James E Till | james.till@limnexus.com, martha.araki@limnexus.com; myrtle.john@limnexus.com; david.nealy@limnexus.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Hatty K Yip | hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov |
| Timothy J Yoo | tjy@lnbyb.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On April 5, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Ernest M. Robles
United States Bankruptcy Court
255 East Temple Street, Suite 1560
Los Angeles, CA 90012

Urban Commmoms Gramercy, LLC
10250 Constellation Blvd., Suite 1750
Los Angeles, CA 90067

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A.** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____,2023 I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 5, 2023

Karissa De La Trinidad

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1. PROOF OF SERVICE