CAROLYN A. DYE (SBN 97527)
15030 Ventura Blvd. Ste. 527
Sherman Oaks, CA 91403
818/287-7003 – Telephone
323/987-5763 – Facsimile
Email: trustee@cadye.com

Liquidating Trustee for
Urban Commons Gramercy, LLC



**FILED & ENTERED**

AUG 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

URBAN COMMONS GRAMERCY, LLC

Debtor.

) Case No. 2:21-bk-11234-ER
) [Chapter 11]
)
) ORDER OF FINAL DECREE CLOSING
) CASE
)
) [No Hearing Required]
)

    The Chapter 11 Liquidating Trustee having filed a Motion Seeking Entry of Order of Final Decree ("the Motion) (Docket No. 220), pursuant to 11 U.S.C. Sections 350 and 3022 and Bankruptcy Rule 3022, closing this case, and the Court having proper jurisdiction, proper notice having been given, and no objections having been filed,

    IT IS HEREBY ORDERED:

    1.    The Motion is approved;

    2.    The Chapter 11 Liquidating Trustee is hereby discharged; and

    3.    The Chapter 11 case of Urban Commons Gramercy, LLC is hereby closed.

###

Date: August 21, 2023

Ernest M. Robles
United States Bankruptcy Judge